UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 25-1810

———————

IN RE: ALLONHILL, LLC, f/k/a Allon Hill, LLC;  f/k/a Allon Financial, LLC;  f/k/a
The Murrayhill Company, LLC,
Debtor

————————

ALLONHILL, LLC
Appellee

v.

STEWART LENDER SERVICES, INC.,
Appellant

————————————

(D.C. Civ. Nos. 16-ap-50419, 14-10663, 1:19-cv-00879 & 1:19-cv-00938)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, Chief Judge, SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, PHIPPS, FREEMAN, CHUNG, BOVE, and MASCOTT, Circuit
Judges

The petition for rehearing filed by Appellee in the above-entitled case having been

submitted to the judges who participated in the decision of this Court, it is hereby

ORDERED that the petition for rehearing by the panel is granted.  The Clerk is directed

to file the amended opinion contemporaneously with this order.  As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

The petition for rehearing in the above-entitled case having also been submitted to all the available circuit judges of the circuit in regular active service, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is denied.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Dated: May 22, 2026
Tmm/cc: All Counsel of Record